UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

GERRY MOBLEY, JR., :
    Plaintiff :
     :
v. : CIVIL NO. 1:13-cv-1804
     :
C.O. LANTZ, *et al.*, :
    Defendants :

# *O R D E R*

AND NOW, this 31st day of July, 2014, upon consideration of the report and recommendation of the magistrate judge (Doc. 32), filed July 7, 2014, to which no objections were filed, and upon independent review of the record, it is ordered that:

1. The magistrate judge's report (Doc. 32) is adopted.

2. Defendants' motion to dismiss (Doc. 17) is granted in part and denied in part.

3. The motion is denied with respect to the following claims: (1) the Fourth Amendment claim against Defendant Lantz; (2) the retaliation claim against Defendant Morrison; (3) the Equal Protection claim against Defendant Lantz; and (4) the state law claims against Defendants Lantz and Morrison.

4. The motion to dismiss is granted with respect to the remaining claims.

5. The above-captioned case is remanded to the magistrate judge for further proceedings, including a Report and Recommendation on dispositive motions, if necessary.

                                                   /s/ William W. Caldwell
                                                   William W. Caldwell
                                                   United States District Judge